**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CETA KUNTZSCH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NEWELL BRANDS INC. d/b/a SUNBEAM PRODUCTS, INC. <br><br> Defendant. | Case No. 1:25-cv-01476-AMN-TWD |

## JOINT STIPULATION AND ORDER TO TRANSFER VENUE

Plaintiff Ceta Kuntzsch ("Plaintiff") and Defendant Newell Brands Inc. d/b/a Sunbeam Products, Inc. ("Defendant," with Plaintiff, the "Parties") respectfully submit this Joint Stipulation to Transfer Venue pursuant to 28 U.S.C. § 1404(A).

WHEREAS, on October 22, 2025, Plaintiff filed the Complaint in this action, bringing claims individually and on behalf of a putative class regarding an alleged defect in certain products allegedly designed, produced, and marketed by Defendant. (ECF No. 1.)

WHEREAS, on November 18, 2025, Defendant filed an Unopposed Motion to Extend Deadline to Respond to the Complaint, (ECF No. 6), which the Court granted on November 19, 2025. (ECF No. 8.)

1

WHEREAS, pursuant to ECF No. 8, Defendant's deadline to answer, move, or otherwise respond to the Complaint was January 8, 2026.

WHEREAS, there are multiple actions pending relating to the same alleged defect described in the Complaint in this Court and other United States District Courts:

- *Monica Corbett v. Newell Brands Inc. d/b/a Sunbeam Products Inc.*, Case No. 1:25-cv-5616 (E.D.N.Y.) (filed October 7, 2025);

- *Blake Elwood and Terry Merrifield v. Sunbeam Products, Inc.*, Case No. 1:25-cv-06062 (N.D. Ga.) (filed October 13, 2025);

- *Douglas Klein v. Sunbeam Products, Inc.*, Case No. 1:25-cv-05874-VMC (N.D. Ga.) (filed October 13, 2025);

- *Karin Martin v. Newell Brands, Inc. and Sunbeam Products, Inc.*, Case 1:25-cv-06075 (N.D. Ga.) (October 23, 2025);

- *Kimberly Clarke Jones v. Sunbeam Products, Inc.*, Case 1:25-cv-13314 (N.D. Ill.) (October 30, 2025);

- *Alan Hoyes v. Newell Brands Inc. d/b/a Sunbeam Products Inc.*, Case 2:25-cv-03194 (E.D. Ca.) (filed November 3, 2025); and

- *Patrick Bertoletti v. Newell Brands Inc.*, Case No. 1:25-cv-13934 (N.D. Ill.) (filed November 13, 2025).

WHEREAS, 28 U.S.C. § 1404(a) governs the transfer of venue in federal actions, and provides that: "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

WHEREAS, the Parties have conferred and agree that this action should be transferred to the United States District Court for the Northern District of Illinois for the convenience of the parties, in the interest of judicial efficiency, and where related action *Kimberly Clarke Jones v. Sunbeam Products, Inc.*, Case 1:25-cv-13314 (N.D. Ill.) is currently pending.

WHEREAS, counsel for Defendant has conferred with counsel for the plaintiffs in the above-referenced related matters and Defendant anticipates that the relevant parties will seek to consolidate the pending actions against Defendant in a single docket before the Honorable Sharon Johnson Coleman, who is currently presiding over *Kimberly Clarke Jones v. Sunbeam Products, Inc.*, Case 1:25-cv-13314 (N.D. Ill.).

WHEREAS, the Parties respectfully submit that transfer of this action to the United States District Court for the Northern District of Illinois is appropriate under these circumstances. The 28 U.S.C. § 1404(a) factors for transfer have been satisfied

as "the convenience of parties and witnesses" is served by transfer, and "all parties have consented" to transfer. The Parties therefore agree and respectfully submit that the "interest of justice" would best be served by transfer and allowing the merits of this dispute to be decided in the Northern District of Illinois.

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED by the Parties, who respectfully request an order from this Court:

1. Transferring this Action to the Northern District of Illinois; and

2. Vacating all deadlines and dates set by this Court, including the deadline for Defendant to answer, move, or otherwise respond to the Complaint.

STIPULATED and AGREED this 9th day of January, 2026.


Dated: January 9, 2026                    Respectfully submitted,


**SULTZER & LIPARI, PLLC**                **ARENTFOX SCHIFF LLP**

By: /s/ Jason P. Sultzer                  By: /s/ *Mir Y. Ali*
    Jason P. Sultzer                          Mir Y. Ali
    85 Civic Center Plaza, Suite 200          Jeffrey D. Skinner
    Poughkeepsie, NY 12601                    233 S. Wacker Drive, Suite 7100
    Tel: (845) 483-7100                       Chicago, Illinois 60606
    Fax: (888) 749-7747                       Telephone: (312) 258-5500
    sultzerj@thesultzerlawgroup.com           mir.ali@afslaw.com
                                   jeffrey.skinner@afslaw.com

    *Counsel for Plaintiff*

IT IS SO ORDERED:                             *Counsel for Defendant*


_Anne M. Nardacci_____
Anne M. Nardacci
U.S. District Judge

Dated: March 6, 2026_____
    Albany, NY

4